UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
JOHN M. HENNESSY,

                              Plaintiff,                      Case No. 12-cv-0044

    -against-

ELI S. JACOBS,

                              Defendant.
------------------------------------------X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                              ss.:
COUNTY OF NEW YORK  )

      EDWARD V. SORRENTINO, being duly sworn, desposes and says: I am over 18 years of age, am not a party to this action, reside in Suffolk County, New York, and am employed by the law firm Kasowitz, Benson, Torres & Friedman LLP.

      On January 4th, 2012, I served a true and correct copy of the **NOTICE OF REMOVAL, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF MAGISTRATE ANDREW J. PECK,** and **SDNY ELECTRONIC CASE FILING RULES AND INSTRUCTIONS** by hand upon the following:

            John Siegal, Esq., Dennis O. Cohen, Esq., and Essence Liburd, Esq.
                                Baker & Hostetler LLP
                                45 Rockfellar Plaza
                                    11th Floor
                                New York, NY 10111
                                (212) 589-4200
                              *Attorneys for Plaintiff*
                                *John M. Hennessy*

*(signature)*
_____
EDWARD V. SORRENTINO

Sworn to before me this
4th day of January, 2012

*(signature)*
_____
NOTARY PUBLIC

GEORGE WASHINGTON SIKES
NOTARY PUBLIC, State of New York
No. 01SI6178651
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Dec. 3, 2011
          2015