KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David E. Ross (dross@kasowitz.com)
Danielle M. Kudla (dkudla@kasowitz.com)
1633 Broadway
New York, New York, 10019
Tel: (212) 506-1700

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X

JOHN M. HENNESSY,                                   Civ. Act. No.: 12-CV-0044
            Plaintiff,

    -against-                                     **AFFIDAVIT OF SERVICE**

ELI S. JACOBS,

            Defendant.
------------------------------------------X

       I, Danielle M. Kudla, am an attorney duly admitted to practice in the courts of the state of New York, and in this Court. On January 30, 2012, a true and correct copy of the Court's **JANUARY 30, 2012 AMENDED ORDER** (docket entry "D.E." 4) was served via email upon Plaintiff's counsel, Dennis O. Cohen of Baker & Hostetler LLP. On January 31, 2012, a true and correct copy the Court's **JANUARY 23, 2012 ORDER** (D.E. 3) and its **JANUARY 30, 2012 AMENDED ORDER** (D.E. 4) were served via Federal Express (next day delivery) upon Plaintiff's counsel at the address set forth below:

            Dennis O. Cohen, Esq.
            Baker & Hostetler LLP
            45 Rockefeller Plaza
            11th Floor
            New York, NY 10111
            (212) 589-4200
            *Attorneys for Plaintiff*
            *John M. Hennessy*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 31, 2012, at New York, New York.

_____
Danielle M. Kudla, Esq.