UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN M. HENNESSY,                                  Docket No.: 12-cv-00044 (AJN)

        Plaintiff,                              **NOTICE OF APPEARANCE**

    -against-

ELI S. JACOBS,

        Defendant.

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for John M. Hennessy.

Dated:  February 2, 2012                          Respectfully submitted,
        New York, New York

                                          /s/ John Siegal

                                          John Siegal
                                          **BAKER & HOSTETLER LLP**
                                          45 Rockefeller Plaza, 11th Floor
                                          New York, NY 10111
                                          Tel: (212) 589-4200
                                          Fax: (212) 589-4201
                                          E-mail: jsiegal@bakerlaw.com

                                          Attorneys for Plaintiff
                                          John M. Hennessy

To:   David E. Ross, Esq.
      Danielle M. Kudla, Esq.
      Kasowitz, Benson, Torres & Friedman LLP
      1633 Broadway
      New York, NY 10019