UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN M. HENNESSY, | Docket No.: 12-cv-00044 (AJN) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| ELI S. JACOBS, | |
| Defendant. | |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for John M. Hennessy.

Dated:  February 2, 2012         Respectfully submitted,
        New York, New York

/s/ Essence Liburd

Essence Liburd
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
E-mail: eliburd@bakerlaw.com

Attorneys for Plaintiff
John M. Hennessy

To:   David E. Ross, Esq.
      Danielle M. Kudla, Esq.
      Kasowitz, Benson, Torres & Friedman LLP
      1633 Broadway
      New York, NY 10019