```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
John M. Hennessy,
                        Plaintiff,
                                                                    12 Civ. 00044 (AJN)
        -v-
                                                                         ORDER
Eli S. Jacobs,
                        Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 17 2012

ALISON J. NATHAN, District Judge:

The parties shall appear before the Court on February 22, 2012, at 11:30 AM in Courtroom 23B of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: February 17, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge